# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case Number:** 19-32023 JPC  
**Case Name:** Thyagaraja Rallapalli  
**Period Ending:** 03/31/21

**Trustee:** Frances Gecker  
**Filed (f) or Converted (c):** 11/11/19 (f)  
**§341(a) Meeting Date:** 12/20/19  
**Claims Bar Date:**

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4040 Huntington Blvd Hoffman Estates IL 60192-0000 | 299,000.00 | 0.00 | | 0.00 | 0.00 |
| 2 | 2016 Honda CRV Estimated Mileage: 42000 | 17,000.00 | 0.00 | | 0.00 | 0.00 |
| 3 | Personal possessions in home at liquidation value | 2,000.00 | 0.00 | | 0.00 | 0.00 |
| 4 | 2 tvs, cell phone, computer, printer, video games. | 600.00 | 0.00 | | 0.00 | 0.00 |
| 5 | Watches | 100.00 | 0.00 | | 0.00 | 0.00 |
| 6 | Checking Chase Bank | 500.00 | 0.00 | | 0.00 | 0.00 |
| 7 | Checking/Savings Digital Credit Union | 9.00 | 0.00 | | 0.00 | 0.00 |
| 8 | Checking Chase Bank | 31.00 | 0.00 | | 0.00 | 0.00 |
| 9 | Savings Chase Bank | 4.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Checking Chase Bank - Business account TGS Group Inc. | 16.00 | 0.00 | | 0.00 | 0.00 |
| 11 | TGS Group Inc (operated food and beverage distribution from 2012-2018. Debtor stopped improrting in 2017 and currently uses the entity for minor consulting). No assets. Owes | 3,500.00 | 0.00 | | 0.00 | 0.00 |
| 12 | to IRS. Bank account listed separately. 100 % | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13 | Indus Food Corporation (operated from 2014-2017 food distribution). 50 % | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14 | TGS Florida (operated food and beverage distribution from 2016-2017. No assets. 17 % | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15 | TGS West Coast Inc (operated food and beverage distribution from 2016-2017. Debtor stopped improrting in 2017.No assets. 17 % | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16 | Info Distributors (operated logistics for food and beverage distribution from 2014-2016. No assets 17 % | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17 | 401k Employer | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| 18 | IRA Accorn Investments | 100.00 | 0.00 | | 0.00 | 0.00 |
| 19 | Anticipated tax refund 2019 Federal | 1,004.00 | 0.00 | | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | | | | | | |
|---|---|---:|---:|---|---:|---:|
| 20 | One American Life - Term Spouse | 0.00 | 0.00 | | 0.00 | 0.00 |
| 21 | One America Life - Whole Life Spouse | 0.00 | 0.00 | | 0.00 | 0.00 |
| 22 | Sreedevi Damarla vs Rallapalli Case No. 17 L 6936. Debtor has counterclaim in lawsuit filed against him. Debtor claims he is owed | 250,000.00 | 0.00 | | 0.00 | 0.00 |
| | **TOTALS** (Excluding Unknown Values) | **$576,364.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major activities affecting case closing:**
<3/24/2021, 11:12:21 AM - ChristinaS-1773>  UST filed extension to deadline to Object to Discharge or Dismiss to May 6, 2021 [Dkt. #31].
11/24/2020 - Order extending UST's Motion to Extend Time to File Objection to Discharge extended to 1/19/21.
<11/2/2020, 2:40:45 PM - ChristinaS-1773>
UST's Motion to Extend time to Dismiss extended to 11/16/2020; and UST's Motion to extend time to Object to discharge extended to 11/16/20 [Dkt. # 25]
12/20/19 - Investigate assets and preferential transfers to another Country.  33% share in real estate business until 2017,  bought in 2009; 1/3 partner in real estate company, Family; 2016 sold 2 rentals; 2016 gifted to mother (?).

AN ORDER WAS ENTERED GRANTING UST'S MOTION TO EXTEND TIME TO FILE OBJECTION TO DISCHARGE UNDER 727 AND EXTEND TIME TO DISMISS EXTENDED TO 5/6/2021

**Initial Projected Date of Final Report (TFR):**            **Current Projected Date of Final Report (TFR):**

April 30, 2021                                                                   /s/ Frances Gecker
Date                                                                                     Frances Gecker